12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN B. MORGANBESSER; WAYNE M. GYENIZS; JOSEPH ARBORIO; BENEDICT W. COZZI; CHARLES GROVES; JAMES N. McPARLAND; JOHN OLENDER, SR.; and PHILIP RAPUANO, Trustees of the Operating Engineers Local Union 478 Benefit Funds, : : : : : : : Plaintiffs, : : v. : : CASCELLA & SON CONSTRUCTION, INC.; TODD MICHAEL CASCELLA and MONA CASCELLA, : : : : Defendants. : | CIVIL ACTION NO. 3:03CV145 (CFD) OCTOBER 9, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Defendants hereby request an extension of time to up to and including February 6, 2004 to file dispositive motions. The parties have reached a tentative settlement contingent upon certain events taking place by January 15, 2004. In the event that the settlement is not finalized, Defendants will require additional time to file dispositive motions.

Granted. So ordered.
CFD 10/21/03