**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MARVIN B. MORGANBESSER; WAYNE M.          :
GYENIZS; JOSEPH ARBORIO; BENEDICT W.      :
COZZI; CHARLES GROVES; JAMES N.           :     **CIVIL ACTION NO.**
McPARLAND; JOHN OLENDER, SR.; and PHILIP  :     **3:03CV145 (CFD)**
RAPUANO, Trustees of the Operating Engineers :
Local Union 478 Benefit Funds,            :
                                          :
        Plaintiffs,                       :
                                          :
v.                                        :
                                          :
CASCELLA & SON CONSTRUCTION, INC.;        :
TODD MICHAEL CASCELLA and MONA            :
CASCELLA,                                 :
                                          :
        Defendants.                       :     **NOVEMBER 26, 2003**

## JOINT STATUS REPORT

Pursuant to the Court's November 5, 2003 Order, the following is the parties' Joint Status

Report.

**A.    Nature of the Case**

This case was brought by the trustees of several employee benefit funds against Cascella

& Son Construction, Inc. and Todd and Mona Cascella for collection of delinquent benefit

contributions which the trustees claim the defendants owe the funds.  The case was originally

filed in the Connecticut Superior Court, and the defendants removed the case to this Court on the

basis of federal question jurisdiction.  Liability against Todd and Mona Cascella is premised

upon their being officers of Cascella & Son Construction, Inc.

There are currently no motions pending, and it is expected that this matter will be tried to a jury if necessary.

**B.    Discovery**

The parties have reached a tentative agreement on a settlement, which is expected to be finalized on or before January 15, 2004. The defendants have provided defense counsel with one-half the proceeds of a total agreed upon settlement payment and these funds are being held in escrow while defendants obtain additional funds to pay the entire settlement payment by January 15, 2004. Once funds for the full amount of the settlement payment are obtained, the parties will execute a settlement agreement and the case will be withdrawn. However, if for some reason the tentative settlement agreement falls through, additional discovery may be necessary.

**C.    Settlement**

The parties have reached a tentative agreement on a settlement which is expected to be finalized on or before January 15, 2004. See, Response to Discovery. No settlement conferences have been held with the Court and there are no outstanding reports that are presently due.

**D.    Trial Preparation**

If necessary, the case can be ready for trial in the spring of 2004. If the tentative settlement falls through, defendants Todd and Mona Cascella will file a motion for summary

judgment on the grounds that the claim against them is preempted by the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.*, as amended.

A joint trial memorandum has not been filed and is not due to be filed in this case until one month following a decision by the Court on dispositive motions. Per the Court's order dated October 21, 2003 regarding the defendants' Motion for Extension of Time, the deadline for filing dispositive motions is February 6, 2004.

PLAINTIFF

Martin A. Gould, Esq.
Gould, Killian & Wynne
280 Trumbull Street
25th Floor
Hartford, CT  06103
860-278-1270
Federal Bar No. ct07270

Dated: 11/21/03

DEFENDANT

David J. Kelly, Esq.
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
Federal Bar No. ct19775

Dated: 11/25/2003

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 26 day of November, 2003

via U. S. Mail to the following counsel and pro se parties of record:

David J. Kelly, Esq.
Durant, Nichols, et al
1057 Broad Street
Bridgeport, CT  06604


_____
Martin A. Gould

P:\lit\DJK\124850\001\00037060.DOC