UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARVIN B. MORGANBESSER, et al

CASE NO. 3:03CV145 (CFD)

v

CASCELLA & SON CONSTRUCTION, et al

NOTICE TO COUNSEL

The above-entitled case was reported to the Court on December 4, 2003 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 8th day of December, 2003

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk