FILED

2003 DEC 29 P

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARVIN B. MORGANBESSER; WAYNE M. GYENIZS; JOSEPH ARBORIO; BENEDICT W. COZZI; CHARLES GROVES; JAMES N. MCPARLAND; JOHN OLENDER, SR.; and PHILIP RAPUANO, Trustees of the Operating Engineers Local Union 478 Benefit Funds, : Plaintiffs, VS. CASCELLA & SON CONSTRUCTION, INC.; TODD MICHAEL CASCELLA and MONA CASCELLA, Defendants | CIVIL ACTION NO. 3:03CV145 (CFD) December 23, 2003 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that the plaintiffs, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss this action against all defendants.

THE PLAINTIFFS

By _____
Martin A. Gould
Federal Bar No.: ct07270
Gould, Killian & Wynne
280 Trumbull Street
Hartford, CT 06103
Tel. (203) 278-1270

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been forwarded via first class mail on this 23rd day of December, 2003 to the following:

David J. Kelly, Esq.
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604

_____
Martin A. Gould