# DURANT, NICHOLS, HOUSTON, HODGSON & CORTESE-COSTA, P.C.

ATTORNEYS AT LAW

1057 Broad Street
Bridgeport, Connecticut 06604-4219
Tel. (203) 366-3438      Fax (203) 384-0317
www.durantnic.com

Loraine M. Cortese-Costa**
Natale V. Di Natale**
E. Terry Durant*
Lisa Grasso Egan
Christopher M. Hodgson
Donald F. Houston
David J. Kelly**
Pamela J. Coyne

Also admitted in Virginia*
Also admitted in New York**

Of Counsel
George N. Nichols

Paralegals
Clara Cuneo Koczi
Megan L. Krom

December 30, 2003

Via Fax (860) 240-2637
and Regular Mail
Hon. Christopher F. Droney
U.S. District Court
450 Main Street
Hartford, CT 06103

Re: **Marvin B. Morganbesser, et. al. v. Cascella & Son Construction, Inc.**
    **CV No. 3:03CV145(CFD)**

Dear Judge Droney:

Our firm represents the defendants in the above-referenced matter and today I received a call from your law clerk, Chris Bond, regarding the Notice of Dismissal filed by the plaintiffs recently. As Chris explained it to me, the Court requires that the defendants submit documentation indicating their agreement to the dismissal of the plaintiffs' action. This I am happy to do. I can report that the parties reached an amicable resolution of their dispute and as part of their resolution it was agreed that the plaintiffs' action against the defendants would be withdrawn with prejudice. Accordingly, please be advised that the defendants consent to the dismissal of the above-referenced civil action.

Please do not hesitate to contact me if there are any further questions or concerns.

Very truly yours,

David J. Kelly

cc: Todd & Mona Cascella
    Martin Gould, Esq.

P:\general\DJK\124850\001\00037593.DOC

*[Handwritten margin note:]* In light of the representations in the letter, the clerk is directed to docket this letter and include it in the Court's file. In light of the plaintiff's Notice of Dismissal [Doc. # 17], the clerk is ordered to close the case.

Christopher F. Droney
United States District Judge
12/31/03